## AHERN v. STATE OF INDIANA.

[No. 14,073. Filed May 14, 1930.]

*Henry H. Winkler*, for appellant.

*James M. Ogden*, Attorney-General, and *E. Burke Walker*, Deputy Attorney-General, for the State.

NEAL, P. J.—Dismissed, on the authority of *Dudley* v. *State* (1928), 200 Ind. 398, 161 N. E. 1.

## BOURNE ET AL. v. CONRAD.

[No. 13,775. Filed January 30, 1930. Rehearing denied May 15, 1930.]

*Virgil J. McCarty, Martin J. Givan* and *Clinton H. Givan*, for appellants.

*Wiles, Springer & Roots* and *William A. Younts*, for appellee.

PER CURIAM.—Affirmed.

## SHERFICK v. MARTIN COUNTY BANK.

[No. 13,941. Filed May 16, 1930.]

*Frank E. Gilkison*, for appellant.

*Fabius Gwin* and *Owen·S. Boling*, for appellee.

PER CURIAM.—Affirmed.